

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| MARTIN GUTIERREZ-VAZQUEZ | Violation: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4) |

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about March 28, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

25cr279
Judge Sunil R. Harjani
Magistrate Judge Gabriel A. Fuentes
RANDOM / CAT.5

MARTIN GUTIERREZ-VAZQUEZ, defendant herein, an alien who previously had been deported and removed from the United States on or about February 23, 2020 and November 23, 2018, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____

FOREPERSON

1